PROB 12C
(6/16)

Report Date: September 13, 2019

# United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Danette Jonelle Valdez | Case Number: 0980 4:18CR06052-SMJ-1 |
| Address of Offender: | Pasco, Washington 99301 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: April 6, 2018

| | |
|---|---|
| Original Offense: | Bringing In Illegal Aliens Without Presentation and Aiding and Abetting, 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2 |
| Original Sentence: | Prison - 1 day; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed |
| | Date Supervision Commenced: April 18, 2018 |
| Defense Attorney: | Jeffrey S. Dahlberg |
| | Date Supervision Expires: April 17, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Supporting Evidence**: Ms Valdez is considered to be in violation of her conditions of supervised release by failing to report to her probation officer as directed on August 19, 30, and September 11, 2019.

Ms. Valdez's conditions of supervised release were reviewed with her on June 25, 2018. She signed a copy of her conditions acknowledging an understanding of her conditions which includes standard condition number 2, as noted above.

Ms. Valdez last reported to the U.S. Probation Office in Richland, Washiongton, on August 13, 2019.  She was directed to contact the undersigned officer by phone every Monday during business hours due to having submitted a urinalysis which tested presumptive positive for methamphetamine.

Ms. Valdez failed to call as directed on August 19, 2019.  The undersigned officer contacted her at her residence on August 22, 2019.  She was directed to report, in person, to the U.S.

Prob12C
**Re: Valdez, Danette Jonelle**
**September 13, 2019**
**Page 2**

Probation Office in Richland, on August 30, 2019, to discuss her recent positive urinalysis test.

She failed to report on August 30, 2019. Ms. Valdez left a voicemail indicating she had a doctor appointment and asked to reschedule until the following Monday. Nothing further was heard from Ms. Valdez until September 9, 2019. An email was received from her advising that she left her phone in a friend's car and was not able to contact the undersigned officer. She was sending that email from a friend's tablet. She stated she could report on Wednesday, September 11, 2019. The undersigned officer responded to the email that the expectation was for her to report on September 11, 2019, by 1 p.m.

Ms. Valdez again failed to report as instructed on September 11, 2019. On September 12, 2019, the undersigned officer attempted to contact Ms. Valdez by phone. No answer was received, and a voicemail was left instructing Ms. Valdez to contact the undersigned officer by the end of the business day. No contact was made by Ms. Valdez.

2    **Standard Condition # 7**: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Supporting Evidence**: Ms Valdez is considered to be in violation of her conditions of supervised release by consuming methamphetamine on or about August 13, 2019.

Ms. Valdez's conditions of supervised release were reviewed with her on June 25, 2018. She signed a copy of her conditions acknowledging an understanding of her conditions which includes standard condition number 2, as noted above.

Ms. Valdez last reported to the U.S. Probation Office in Richland, on August 13, 2019. She submitted a urinalysis test that was presumptively positive for methamphetamine. She denied use of any controlled substances. The sample was sent to Alere Laboratories for further testing.

Alere Laboratories reported on August 19, 2019, that the urinalysis sample was confirmed as positive for methamphetamine. Ms. Valdez was contacted at her residence on August 22, 2019. When confronted with the positive result from the lab, she still denied use of any controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 13, 2019

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
**Re: Valdez, Danette Jonelle**
**September 13, 2019**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

09/13/2019
Date