PROB 12C
(6/16)

Report Date: October 30, 2019

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2019

SEAN F. McAVOY, CLERK

Name of Offender: Danette Jonelle Valdez            Case Number: 0980 4:18CR06052-SMJ-1

Address of Offender:                                 Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr. U.S. District Judge

Date of Original Sentence: April 6, 2018

Original Offense:   Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, 8 U.S.C. § 1324(a)(2(B)(iii) and 18 U.S.C. § 2

Original Sentence:   Prison - 1 day; TSR - 36 months            Type of Supervision: Supervised Release

Revocation Sentence: (10/3/2019)   Jail - 30 days; TSR - 35 months

Asst. U.S. Attorney:   Meghan McCalla              Date Supervision Commenced: October 16, 2019

Defense Attorney:   Jeffrey S. Dahlberg            Date Supervision Expires: September 15, 2022

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1    **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Ms. Valdez is considered to be in violation of her conditions of supervised release by failing to report as instructed since October 17, 2019.

Ms. Valdez's conditions of supervised release were reviewed with her on October 17, 2019. She signed a copy of her conditions, acknowledging an understanding of her conditions of supervised release, which includes standard condition number 2, as noted above.

Ms. Valdez reported to the U.S. Probation Office in Richland on October 17, 2019, after releasing from custody for previous violations of supervised release the day prior. She was directed to report weekly, in person, on Mondays for the next 4 weeks. Ms. Valdez has failed to report or contact her supervising U.S. Probation Officer since October 17, 2019.

Prob12C
**Re: Valdez, Danette Jonelle**
**October 30, 2019**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/30/2019

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/30/2019
Date