PROB 12C
(6/16)

Report Date: February 18, 2021

# United States District Court

**for the**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Eastern District of Washington**

**Feb 18, 2021**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Danette Jonelle Valdez     Case Number: 0980 4:18CR06052-SMJ-1

Address of Offender: Last known: ▇▇▇▇▇▇▇ Richland, Washington 99354

Name of Sentencing Judicial Officer: The Honorable Roger T. Benitez, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: April 6, 2018

| | | |
|---|---|---|
| Original Offense: | Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, 8 U.S.C. § 1324(a)(2)(B)(iii) | |
| Original Sentence: | Prison - 1 day; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: October 3, 2019 | Prison- 30 days TSR- 35 months | |
| Revocation Sentence: April 23, 2020 | Prison- 4 months TSR- 31 months | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: April 27, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 26, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

Violations 1, 2, and 3 preface, combined for brevity.

On October 17, 2019, the conditions of supervised release were reviewed with Ms. Valdez. She signed a copy of her conditions, acknowledging an understanding of her conditions of supervised release, which includes special condition number 3 and standard condition number 2, as noted below.

On December 7, 2020, Ms. Valdez was referred to Merit Resource Services (Merit) to participate in the color line program for random drug testing. Ms. Valdez was instructed to call the color line daily, Monday through Friday, and to report to Merit for drug testing when her assigned color, brown, is called. Ms. Valdez verbalized understanding.

Prob12C
**Re: Valdez, Danette Jonelle**
**February 18, 2021**
**Page 2**

1      **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

         **Supporting Evidence**: Ms. Valdez is considered to be in violation of her conditions of supervised release by using a controlled substance, methamphetamine, on or about January 13, 2021, and February 9, 2021.

         On January 13, 2021, Ms. Valdez reported to Merit for drug testing. The onsite test results were positive for methamphetamine. Merit staff sent the drug test to Alere Toxicology Services for confirmation. On January 18, 2021, the Alere Toxicology Services report was received confirming the positive drug test results for methamphetamine.

         On January 21, 2021, Ms. Valdez denied any use of methamphetamine. Ms. Valdez argued the positive drug test for methamphetamine was due to medication. Ms. Valdez provided a list of her current medications. A request for a drug test result interpretation related to her medications was sent to Alere Toxicology Services. On January 22, 2021, the response letter from Alere Toxicology Services was received noting Ms. Valdez's current medications alone or in combination would not result in a positive result for methamphetamine.

         On February 8, 2021, Ms. Valdez was instructed to report to Merit for drug testing on February 9, 2021. Ms. Valdez reported to Merit for drug testing on February 9. 2021. The onsite test results were positive for methamphetamine. Merit staff sent the drug test to Alere Toxicology Services for confirmation. On February 17, 2021, the Alere Toxicology Services report was received confirming the positive results for methamphetamine and amphetamine.

2      **Special Condition # 3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

         **Supporting Evidence**: Ms. Valdez is considered to be in violation of her conditions of supervised release by failing to report for drug testing on or about February 3, 5, and 8, 2021.

         On February 4, 2021, Ms. Valdez reported she did not report for drug testing because she was in quarantine, per a doctor's order. Ms. Valdez previously submitted a medical note dated January 22, 2021, ordering Ms. Valdez to quarantine for a period of 10 days. The quarantine period ended on February 1, 2021. Ms. Valdez was advised of this and she then admitted she did not call the color line.

         Ms. Valdez was instructed to report to Merit for drug testing on February 5, 2021. Ms. Valdez verbalized understanding these instructions. On February 8, 2021, this undersigned officer confirmed with Merit that Ms. Valdez did not report for drug testing on February 5, 2021.

Prob12C
**Re: Valdez, Danette Jonelle**
**February 18, 2021**
Page 3

On February 9, 2021, Merit reported Ms. Valdez failed to report for drug testing on February 8, 2021, as her assigned color, brown, was called. Ms. Valdez admitted she did not report to Merit before closing on February 8, 2021, because she had been waiting for the public transit bus at the wrong location.

3  **Standard Condition #2:** After initially reporting to the probation officer, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** Ms. Valdez is considered to be in violation of her conditions of supervised release by failing to report as instructed on February 15, 2021.

On February 8, 2021, Ms. Valdez was reminded and instructed to continue to report by telephone weekly on Mondays. On February 15, 2021, Ms. Valdez failed to report by telephone to her supervising U.S. Probation Officer as instructed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 18, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

02/18/2021
Date